IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDDIE E. BRILEY, JR.
ADC #116921                                                                                   PLAINTIFF

v.                              Case No. 5:10-cv-198-DPM

TYRA TYLER, DAVID WILLIAMS,
MARVIN ROBERTS, and ED ADAMS,                                        DEFENDANTS

ORDER

The Court has considered Magistrate Judge H. David Young's Proposed Findings and Recommendations, *Document No. 31*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Defendants' motion to dismiss, *Document No. 27*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 March 2011