IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDDIE E. BRILEY, JR.
ADC #116921                                                              PLAINTIFF

v.                       Case No. 5:10-cv-198-DPM

TYRA TYLER, DAVID WILLIAMS,
MARVIN ROBERTS, and ED ADAMS                              DEFENDANTS

JUDGMENT

Briley's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 July 2011